For the error mentioned, the judgment of the trial court is reversed, and cause remanded.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## THOMPSON v. STATE.
### No. 14064.

Court of Criminal Appeals of Texas.
Jan. 14, 1931.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, J.

Conviction is for manufacturing intoxicating liquor; punishment being one year in the penitentiary.

Notwithstanding appellant entered a plea of guilty, under the formalities of law he gave notice of appeal to this court, and we find the record here without statement of facts or bills of exception. The indictment charges an offense, and the proceedings are regular.

Nothing is presented for review, and the judgment is affirmed.

## THOMPSON v. STATE.
### No. 14065.

Court of Criminal Appeals of Texas.
Jan. 14, 1931.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, J.

Conviction is for possessing intoxicating liquor for the purpose of sale; punishment being one year in the penitentiary.

Notwithstanding appellant entered a plea of guilty, under the formalities of law he gave notice of appeal to this court, and we find the record here without statement of facts or bills of exception. The indictment charges an offense, and the proceedings are regular.

Nothing is presented for review, and the judgment is affirmed.